UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEWIS,<br><br>             Petitioner,<br><br>   v.<br><br>NEIL MCDOWELL, Acting Warden,[1]<br><br>             Respondent. | Case No. CV 22-00891 VBF (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner's habeas petition ("Petition"), all of the records and files herein, and the Magistrate Judge's Report and Recommendation dated March 29, 2023 (Dkt. No. 16). Petitioner has been granted two thirty-day extensions to file a *Rhines* motion, but he has not done so. (Dkt. Nos. 18, 20). Therefore, the Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Grounds Three and Four of the Petition are dismissed with prejudice and the remaining claims are dismissed

---

[1] Petitioner is currently incarcerated at Ironwood State Prison in Blythe, California. (*See* Docket No. 14). Neil McDowell, the acting warden at Ironwood State Prison, is therefore substituted in as the proper Respondent. *See* Fed. R. Civ. P. 25(d).

without prejudice.

IT IS ORDERED that Plaintiff's Petition is dismissed without prejudice.

///

///

DATED:  November 27, 2023        *Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE