JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE LEWIS,<br><br>    Petitioner,<br><br>    v.<br><br>NEIL MCDOWELL,[1]<br><br>    Respondent. | Case No. CV 22-00891 VBF (RAO)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is DENIED, and this action is dismissed without prejudice.

DATED: November 27, 2023

                                                     /s/ Valerie Baker Fairbank
                                                     VALERIE BAKER FAIRBANK
                                                     UNITED STATES DISTRICT JUDGE

---

[1] Petitioner is currently incarcerated at Ironwood State Prison in Blythe, California. (*See* Docket No. 14). Neil McDowell, the acting warden at Ironwood State Prison, is therefore substituted in as the proper Respondent. *See* Fed. R. Civ. P. 25(d).